# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136988(53)(54)

_____

In re SKYLER LEROY MCBRIDE, ALEXANDER
GARAND MCBRIDE, and SAWYER DALE
MCBRIDE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

RONALD D. MCBRIDE, JR.,
        Respondent-Appellant,
and

SUSAN MCBRIDE,
        Respondent.

_____

SC: 136988
COA: 282062
Bay CC Family Division:
 06-009381-NA

      On order of the Chief Justice, motions by Legal Services of Michigan and the National Association of Counsel for Children for leave to file briefs *amicus curiae* are GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009

_____
Clerk